IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00309-ZLW

KEITH E. FRAZIER,

        Plaintiff,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections ("CDOC"),
HOYT BRILL, Warden, Kit Carson Correctional Center ("KCCC"),
CORRECTIONS CORPORATION OF AMERICA ("CCA"),
COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
KIT CARSON CORRECTIONAL CENTER ("KCCC"),
MICHAEL ARRELANO, Chief, CDOC Private Prisons Monitoring Unit,
BRIAN FERRELL, Vice President, CCA State Consumer Relations,
ANTHONY A. DeCESARO, Step III Grievance Officer, CDOC,
DANA BUSTOS, Inmate Classification Representative/Spokesperson, CDOC,
JOHN/JANE DOE #1, Adminstrative Head, Denver Reception & Diagnostic Center,
NOLIN RENFROW, Director of Prisons, CDOC,
JOHN/JANE DOE #2, Manager of Offender Management, CDOC,
CENTRAL CLASSIFICATION COMMITTEE, CDOC,
FACILITY CLASSIFICATION COMMITTEE, CDOC,
JOHN/JANE DOE #3, Case Management Supervisor, KCCC,
TERESA REYNOLDS, Legal Assistant II/Office of Correctional Legal Services/Central
      Reading Committee, CDOC,
CATHIE HOLST, Manager of Office of Correctional Legal Services/Central Reading
      Committee Chairperson, CDOC,
JOHN/JANE DOE #4, Chief of Rehabilitation Services, CDOC,
JOHN/JANE DOE #5, Sex Offender Treatment and Monitoring Program Adminstrator,
      CDOC,
JOHN/JANE DOE #6, Chief of Clinical Services, KCCC,
JOHN/JANE DOES #7, Assistant Director of Clinical Services, KCCC,
OFFENDER READING MATERIAL COMMITTEE, KCCC,
REED BERNDT, Mental Health Coordinator, KCCC,
D. TERRY, Business Manager/Legal Department, KCCC,
FUCHS, Litigation Coordinator, KCCC,
CYNTHIA WILKINSON, A Unit Manager/Disciplinary Hearing Committee, KCCC,
NOTHTURFT, Property Officer, KCCC,
ERHART, Captain, KCCC,
TAYLOR, Lieutenant, KCCC,

McKLINSKY, Correctional Officer, KCCC,
TRACHSEL, Correctional Officer, KCCC,
STEVE PHILLIPS, Property Officer, KCCC,
GREG WILKINSON, B Unit Manager, KCCC,
BALLWEG, Case Manager, KCCC,
MAILROOM CLERKS, KCCC,
REYMAN, Case Manager, KCCC,
WISEMAN, Liason, CDOC Private Prisons Monitoring Unit,
RENEE BAIR, Programs Manager/Grievance Officer, KCCC,
MORALES, Captain, KCCC,
BREEDLOVE, Chief of Security, KCCC,
HALL, Officer (Rank Unknown), KCCC,
SANDOVAL, Officer (Rank Unknown), KCCC,
VAUGHN, Grievance Officer, KCCC,
R. GALINDO, Captain, KCCC,
DYCUS, Librarian/Law Libranian, KCCC,
LAMPE, Case Manager, KCCC,
SATERLEE, Grievance Officer, KCCC,
KEIL, Sergeant, KCCC,
SPRADLING, Case Manager, KCCC, and
FRANZ, Grievance Officer, KCCC,

            Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

      Plaintiff submitted a Notice of Appeal on July 10, 2006 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**     **Filing Fee**
        X    is not submitted

**(B)**     **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
        X    is not submitted
        ___  is missing affidavit
        ___  is missing certified copy of prisoner's trust fund statement for the 6-month period

        immediatley preceding this filing
\_\_   is missing required financial information
\_\_   is missing an original signature by the prisoner
\_\_   is not on proper form (must use the court's current form)
\_\_   other_____

Accordingly, it is

    ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

    FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

    FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified..

    DATED at Denver, Colorado this  13  day of    July    , 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court