# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00309-ZLW

KEITH E. FRAZIER,

    Plaintiff,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections ("CDOC"),
HOYT BRILL, Warden, Kit Carson Correctional Center ("KCCC"),
CORRECTIONS CORPORATION OF AMERICA ("CCA"),
COLORADO DEPARTMENT OF CORRECTIONS ("CDOC"),
KIT CARSON CORRECTIONAL CENTER ("KCCC"),
MICHAEL ARRELANO, Chief, CDOC Private Prisons Monitoring Unit,
BRIAN FERRELL, Vice President, CCA State Customer Relations,
ANTHONY A. DeCESARO, Step III Grievance Officer, CDOC,
DANA BUSTOS, Inmate Classification Representative/Spokesperson, CDOC,
JOHN/JANE DOE #1, Administrative Head, Denver Reception & Diagnostic Center,
NOLIN RENFROW, Director of Prisons, CDOC,
JOHN/JANE DOE #2, Manager of Offender Management, CDOC,
CENTRAL CLASSIFICATION COMMITTEE, CDOC,
FACILITY CLASSIFICATION COMMITTEE, KCCC,
JOHN/JANE DOE #3, Case Management Supervisor, KCCC,
TERESA REYNOLDS, Legal Assistant II/Office of Correctional Legal Services/Central
    Reading Committee, CDOC,
CATHIE HOLST, Manager of Office of Correctional Legal Services/Central Reading
    Committee Chairperson, CDOC,
JOHN/JANE DOE #4, Chief of Rehabilitation Services, CDOC,
JOHN/JANE DOE #5, Sex Offender Treatment and Monitoring Program Administrator,
    CDOC,
JOHN/JANE DOE #6, Chief of Clinical Services, KCCC,
JOHN/JANE DOE #7, Assistant Director of Clinical Services, KCCC,
OFFENDER READING MATERIAL COMMITTEE, KCCC,
REED BERNDT, Mental Health Coordinator, KCCC,
D. TERRY, Business Manager/Legal Department, KCCC,
FUCHS, Litigation Coordinator, KCCC,
CYNTHIA WILKINSON, A Unit Manager/Disciplinary Hearing Committee, KCCC,
NOTHTURFT, Property Officer, KCCC,
ERHART, Captain, KCCC,
TAYLOR, Lieutenant, KCCC,
McKLINSKY, Correctional Officer, KCCC,
TRACHSEL, Correctional Officer, KCCC,
STEVE PHILLIPS, Property Officer, KCCC,
GREG WILKINSON, B Unit Manager, KCCC,
BALLWEG, Case Manager, KCCC,

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 12 2007**

GREGORY C. LANGHAM
    CLERK

MAILROOM CLERKS, KCCC,
REYMAN, Case Manager, KCCC,
WISEMAN, Liason, CDOC Private Prisons Monitoring Unit,
RENEE BAIR, Programs Manager/Grievance Officer, KCCC,
MORALES, Captain, KCCC,
BREEDLOVE, Chief of Security, KCCC,
HALL, Officer (Rank Unknown), KCCC,
SANDOVAL, Officer (Rank Unknown), KCCC,
VAUGHN, Grievance Officer, KCCC,
R. GALINDO, Captain, KCCC,
DYCUS, Librarian/Law Librarian, KCCC,
LAMPE, Case Manager, KCCC,
SATERLEE, Grievance Officer, KCCC,
KEIL, Sergeant, KCCC,
SPRADLING, Case Manager, KCCC, and
FRANZ, Grievance Officer, KCCC,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    "Plaintiff's Motion for Leave to File Amended Complaint Pursuant to F.R.C.P. 15" filed on August 22, 2007, is DENIED because this action is closed.

Dated: October 12, 2007

Copies of this Minute Order mailed on October 12, 2007, to the following:

Keith Frazier
Reg. No. # 114542
CCCF
6564 State Highway 96
Onley Springs, CO 81062-8700

                                    Secretary/Deputy Clerk